LAW OFFICE OF

# JUSTIN A. ZELLER, P.C.

JUSTIN A. ZELLER
JAZELLER@ZELLERLEGAL.COM

JOHN M. GURRIERI
JMGURRIERI@ZELLERLEGAL.COM

TELEPHONE: 212.229.2249
FACSIMILE: 212.229.2246

**MEMO ENDORSED**

December 6, 2019

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/9/19

**VIA ECF**

Hon. Gabriel W. Gorenstein, United States Magistrate Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse

Re: *Fernandez et al v. HR Parking Inc et al*, 16 CV 2762 (GWG)

Dear Judge Gorenstein:

    This firm represents the plaintiffs in the above-referenced action.

    The plaintiffs, with defendants' consent, move the Court to refer this case to the Court's mediation program. Although the prior mediation was unsuccessful, the parties believe the case is in a different posture because of the denial of the defendants' summary judgment motion, and therefore, the parties believe that mediation will be productive at this time.

    The plaintiffs, with defendants' consent, additionally move to adjourn the deadline to submit the pretrial materials described in the November 20, 2019, Order, from December 20, 2019, until a date after mediation has taken place. This request for such an adjournment is the plaintiffs' first.

    I thank the Court for its time and consideration.

Respectfully submitted,

John M. Gurrieri

The deadline for submission of the pretrial materials is adjourned to 30 days following the conclusion of the mediation. The parties are directed to inform the Court by letter filed on ECF when the mediation is concluded and to include in that letter the new due date for the pretrial materials.

SO ORDERED  DATE: 12/9/19
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE