LAW OFFICE OF
# JUSTIN A. ZELLER, P.C.

JUSTIN A. ZELLER
JAZELLER@ZELLERLEGAL.COM

JOHN M. GURRIERI
JMGURRIERI@ZELLERLEGAL.COM

TELEPHONE: 212.229.2249
FACSIMILE: 212.229.2246

MEMO ENDORSED

February 25, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/20

**VIA ECF**

Hon. Gabriel W. Gorenstein, United States Magistrate Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse

Re: *Fernandez et al v. HR Parking Inc et al*, 16 CV 2762 (GWG)

Dear Judge Gorenstein:

    This firm represents the plaintiffs in the above-referenced action. The plaintiffs, with defendants' consent, write to inform the Court as to the status of mediation. On February 24, 2020, the parties attended a mediation session with a Court-appointed mediator, Pamela Esterman. The parties were unable to settle the mediation at the mediation session, and mediation is still ongoing.

    The parties, pursuant to the mediator's request, have agreed to review documents regarding the financial records of the defendants HR Parking Inc. and Nelson Rodriguez, which may help facilitate settlement in this matter. From March 7, 2020, until March 14, 2020, I will be out of the country. The parties have scheduled a follow-up mediation to discuss the financial records on March 18, 2020.

    On December 9, 2019, the Court ordered that pre-trial submissions were due following the conclusion of mediation. The parties move to have these pre-trial submissions due 30 days after the next mediation session which will take place on March 18, 2020.

    I thank the Court for its time and consideration.

Respectfully submitted,

John M. Gurrieri

Granted.

SO ORDERED. DATE: 2/25/20
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE