UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
BRYAN FERNANDEZ, et al.,                                       :

        Plaintiffs,                                            :    16 Civ. 2762 (GWG)

  -v.-                                                         :    <u>ORDER</u>

HR PARKING INC., et al.,                                       :

        Defendants.                                            :
---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      In a telephone conference held on December 3, 2020, an attorney appeared on behalf of Open Road of Manhattan, LLC, who identified himself as Brent Pohlman. During the course of that appearance, the Court stated that it had checked the roster of attorneys admitted to the bar of the United States District Court for the Southern District of New York and that Mr. Pohlman's name did not appear. The Court asked Mr. Pohlman: "Is that an error?" Mr. Pohlman responded: "I believe it's pending, Your Honor."

      Mr. Pohlman is directed to file an affidavit on or before December 11, 2020, stating what he intended to convey to the Court by this statement. If, as seems obvious, he intended to convey to the Court that his admission to the bar of the United States District Court for the Southern District of New York was pending, he is directed to provide all facts forming the basis for this statement and a copy of any purported application for admission.

      Because Mr. Pohlman is not receiving any notices on the ECF system, Mr. Frank Joseph Keenan is directed to provide a copy of this Order to Mr. Pohlman forthwith.

      SO ORDERED

Dated: December 4, 2020
       New York, New York

                                                    _____
                                                    GABRIEL W. GORENSTEIN
                                                    United States Magistrate Judge