UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BRYAN FERNANDEZ, et al.,                              :

        Plaintiffs,                              :        16 Civ. 2762 (GWG)

-v.-                                                                    :        <u>ORDER</u>

HR PARKING INC., et al.,                               :

        Defendants.                            :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      The Court is in receipt of a letter dated January 19, 2021, from Frank J. Kennan stating that he was submitting the parties "combined exhibits" in an attached disk and that they were also being sent by email.

      No email was ever received. As for the disk, it contained a single document that was over 2000 pages and could not be opened because of its size. Even if it could have been opened, it would have been of little use to anyone trying to open a particular exhibit by its assigned number or letter.

      To be clear, what the Court expected was quite simple: a disk containing each party's exhibits — as separate pdf files, not combined into a single pdf. Each file should have a name that corresponds to the exhibit letter or number assigned by the party. It would be helpful if the exhibits were sorted into separate folders for each party – but this is not mandatory.
\
      The parties are directed to mail to Chambers a disk in proper form on or before January 29, 2021. Postal mail is acceptable.

      SO ORDERED

Dated:  January 22, 2021
        New York, New York

                                                     GABRIEL W. GORENSTEIN
                                                     United States Magistrate Judge