UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
BRYAN FERNANDEZ, et al.,                          :

        Plaintiffs,                    :      16 Civ. 2762 (GWG)

-v.-                                              :      ORDER

HR PARKING INC., et al.,                          :

        Defendants.                    :
---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

    Because of the limited number of courtrooms available for jury trials that comply with pandemic policies, the Court has not been able to schedule the trial for June 7, 2021.

    Instead, the Clerk's Office has given us a trial start date of June 14, 2021. The parties should therefore plan to start trial on June 14, 2021 with jury selection.

    Please note that notwithstanding our having been allocated this date, there are several other cases potentially on for the same date (and more cases on than there are courtrooms available) so it is possible the case may be postponed again.

    Counsel are directed to confer with all other counsel to ensure that each is aware of this Order.

    SO ORDERED

Dated: March 9, 2021
      New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge