UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BRYAN FERNANDEZ, et al.,                              :

               Plaintiffs,          :         16 Civ. 2762 (GWG)

  -v.-                                                             :         ORDER

HR PARKING INC., et al.,                                :

               Defendants.        :
-----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      The Court issues this order to offer the parties an option as to trial scheduling. As you know, the June 14 start date will be available only if another trial cancels, as described in the Court's previous order (Docket # 154). Today, the Clerk's Office informed the undersigned that there is an open available trial start date on Monday, June 21, 2021. That is, there is no other trial scheduled for June 21. Thus, if the trial in this case were scheduled for June 21, it could not be "bumped" by another trial.

      The Court is prepared to leave the trial scheduled for June 14, 2021, which, as described above, is not a guaranteed date. However, if the parties would prefer the guaranteed trial date of June 21, 2021, the Court can schedule the trial for June 21 (with a caveat mentioned in the footnote below).[1]

      The parties should be aware that there is no option to keep both dates. Also, we must make a decision on the June 21 date by Wednesday afternoon, June 2, 2021.

      Accordingly, the parties shall consult with each other. If all parties agree to adjourn the trial start date to June 21, 2021, they should file a joint letter on ECF so stating <u>by 2:00 p.m. on Wednesday, June 2</u>. The Court will not adjourn the start date unless all parties agree. Thus, in the absence of an agreement (and the timely filing of the letter), the trial will remain scheduled for June 14.

      SO ORDERED.

Dated: May 28, 2021
      New York, New York

                                                  _____
                                                 GABRIEL W. GORENSTEIN
                                                 United States Magistrate Judge

---

[1] There is a small chance that the Court may have a personal obligation for one day or a day and a half during the period that begins June 21. If that occurred, the trial would not take place on that day (and/or half-day) and would resume immediately thereafter.