UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BRYAN FERNANDEZ, et al.,                         :

               Plaintiffs,              :          16 Civ. 2762 (GWG)

  -v.-                                            :          <u>ORDER</u>

HR PARKING INC., et al.,                            :

               Defendants.             :
------------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      The Court issues this Order to clarify some items regarding the trial.

1) We expect that there will be room for only one attorney per counsel table, with a total of three tables. Other attorneys must sit elsewhere. Parties also must sit in the courtroom, not at counsel table.

2) Each side must bring a laptop, which court staff will connect with an internal courtroom network. The only way to show an exhibit to jurors is to use the laptop to display an electronic exhibit to the screens that each juror will have. There will be no paper exhibits. Counsel must provide a copy of their proposed exhibits to all other parties before trial so that there is no dispute as to the identity of a particular exhibit during this process. The Court assumes that it has already been provided with an accurate set of exhibits. If not, a new set should be provided forthwith by disc.

3) If any party intends to use an interpreter for a witness, the party must (1) provide an interpreter certified to interpret in federal court, and (2) make arrangements with the interpreters office for equipment. If an attorney is using an interpreter, the attorney must call Mirta Hess-Loedel at the SDNY Interpreters Office at (212) 805-0084 on or before Wednesday, June 9, 2021, to make arrangements.

Also, if there is any problem obtaining a certified interpreter, the Interpreters Office can help locate an appropriate interpreter.

4) Counsel for plaintiffs and defendants should arrange to bring a single USB drive to trial. After testimony is completed, counsel will be expected to load onto the USB drive all admitted exhibits. The USB drive will be given to the jury to insert into the computer system in the jury room so that the jurors can view exhibits as part of their deliberations.

5) Counsel will be contacted to arrange for a test run-through at the courtroom during the week of June 14, 2021. Counsel should bring their laptops (with exhibits) and the USB drive for this run-through.

SO ORDERED.

Dated: June 4, 2021
New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge