UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BRYAN FERNANDEZ, et al., :

        Plaintiffs, : 16 Civ. 2762 (GWG)

-v.- : ORDER

HR PARKING INC., et al., :

        Defendants. :
-----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      The Court notes that plaintiffs' Exhibit 1 consists of approximately 141 pages of time records. The jury must not be asked to do any tedious calculations. Thus, it is important that the jury not be asked to use these records unaided for the purpose of calculating damages.

      The Court assumes calculations must be made of hours worked for each plaintiff during certain time periods to account for changes in hourly wages and changes in the liquidated damages amounts. The parties must agree on these numbers in advance and they must be put in a single chart that the jury can easily use.

      Any proposed chart of this kind shall be presented to all other parties by Tuesday, June 15, 2021 at 12:00 noon. Any objection to the calculations or summaries in the chart shall be given to the other side by June 16, 2021. In the extremely unlikely event that the parties cannot agree on the contents of the chart, they shall present their disagreement by letter on June 17, 2021.

      On a separate point, any response to the pending motion to quash (Docket # 160) shall be filed by June 16, 2021.

      SO ORDERED.

Dated: June 11, 2021
       New York, New York

                                                    GABRIEL W. GORENSTEIN
                                                    United States Magistrate Judge