LAW OFFICE OF
# JUSTIN A. ZELLER, P.C.

JUSTIN A. ZELLER
JAZELLER@ZELLERLEGAL.COM

JOHN M. GURRIERI
JMGURRIERI@ZELLERLEGAL.COM

TELEPHONE: 212.229.2249
FACSIMILE: 212.229.2246

## MEMORANDUM ENDORSEMENT

July 8, 2021

**VIA ECF**

Hon. Gabriel W. Gorenstein, United States Magistrate Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse

Re: *Fernandez et al v. HR Parking Inc et al*, 16 CV 2762 (GWG)

Dear Judge Gorenstein:

      This firm represents the plaintiffs in the above-referenced action. The plaintiffs move with defendants' consent to request a two week extension of today's deadline to submit the settlement agreement and fairness letter. The parties' counsel's have finalized a form of the settlement agreement and a draft of the fairness letter. Plaintiffs, however, have not obtained signatures from all plaintiffs, and therefore require additional time. Further, the parties are working to address the fact that the defendant Nelson Rodriguez's legal name is Hugo Rodriguez. The plaintiffs may need to amend the complaint to correct this in the caption as it may impact plaintiffs' ability to obtain a judgment in the event Mr. Rodriguez defaults on the settlement agreement.

      I thank the Court for its time and consideration. I apologize to the Court for the lateness of this submission.

Respectfully submitted,

*John M. Gurrieri*

John M. Gurrieri

**Extension to July 22, 2021, granted.**

**So Ordered.**

*Gabriel W. Gorenstein*
GABRIEL W. GORENSTEIN
United States Magistrate Judge
July 9, 2021

277 BROADWAY, SUITE 408, NEW YORK, N.Y. 10007-2036