Law Office of

# Justin A. Zeller, p.c.

Justin A. Zeller
jazeller@zellerlegal.com

John M. Gurrieri
jmgurrieri@zellerlegal.com

Telephone: 212.229.2249
Facsimile: 212.229.2246

# MEMORANDUM ENDORSEMENT

July 22, 2021

**VIA ECF**

Hon. Gabriel W. Gorenstein, United States Magistrate Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse

Re: *Fernandez et al v. HR Parking Inc et al*, 16 CV 2762 (GWG)

Dear Judge Gorenstein:

    This firm represents the plaintiffs in this action. The settlement agreement and fairness letter are due today. The plaintiffs, with defendants' consent, move the Court for an extension of time of this deadline until July 30, 2021. The plaintiffs have partially executed the settlement agreement but two plaintiffs are now reconsidering whether or not they will agree to sign the agreement and would like an additional week to make a decision.

    Additionally, the plaintiffs have transmitted a draft proposed consent order to defendants regarding changing the defendant Nelson Rodriguez's name in this case and in the caption to his legal name "Hugo Rodriguez."

    I apologize to the Court for the lateness of this request.

    I thank the Court for its time and consideration.

Respectfully submitted,

*John M. Gurrieri*

John M. Gurrieri

**Application granted.**

**So Ordered.**

GABRIEL W. GORENSTEIN
United States Magistrate Judge
July 23, 2021