```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
BRYAN FERNANDEZ, et al.,                         :

                Plaintiffs,                      :      16 Civ. 2762 (GWG)

        -v.-                                     :      ORDER

HR PARKING INC., et al.,                         :

                Defendants.                      :
---------------------------------------------------------------X
```

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      As the Court has previously indicated, "the critical issue in this case" is "'whether the parties intended to be bound in the absence of a document executed by both sides.'"  Order of September 3, 2021 (Docket # 189) (quoting <u>Winston v. Mediafare Ent. Corp.</u>, 777 F.2d 78, 80 (2d Cir. 1985)).  The defendants' submissions on the motion to enforce fail to provide a clear factual narrative of what took place between the parties before the filing of the joint letter (Docket # 177) on which the Court relied when adjourning the jury trial.

      The Court does not understand why this evidence has not been presented to it.  Accordingly, the attorneys are directed to appear at a telephonic conference at which the Court will explore this matter further.  The conference shall take place on Wednesday, October 20, 2021, at 10:30 a.m.  At this time, the parties shall dial (888) 557-8511 and use access code: 6642374.  (The public may also dial in but will be permitted only to listen.)  When dialing in to the conference, the parties must be in a quiet indoor location and must not use a speakerphone.  A telephone line and microphone technology with optimal quality should be used.

      The Court will record the proceeding for purposes of transcription in the event a transcript is ordered.  However, any other recording or dissemination of the proceeding in any form is forbidden.

      Each attorney is directed to ensure that all other attorneys on the case are aware of the conference date and time.  In addition, any requests for an adjournment must be made in compliance with Judge Gorenstein's rules (available https://nysd.uscourts.gov/hon-gabriel-w-gorenstein).

      SO ORDERED.

Dated: October 18, 2021
       New York, New York

                                                                  GABRIEL W. GORENSTEIN
                                                                  United States Magistrate Judge