

**WWW.MKCLAWGROUP.COM**
LAW OFFICES OF MICHAEL K. CHONG, LLC

| NEW YORK: | FORT LEE: | HOBOKEN: |
|---|---|---|
| 1250 BROADWAY, 36TH FL. STE. 300 | 2 EXECUTIVE DRIVE, STE. 240 | 300 HUDSON STREET. STE. 10 |
| NEW YORK, NEW YORK 10001 | FORT LEE, NEW JERSEY 07024 | HOBOKEN, NEW JERSEY 07024 |
| (212) 726-1104 | (201) 947-5200 | (201) 708-6675 |
| FAX (212) 726-3104 | FAX (201) 708-6676 | FAX (201) 708-6676 |

\* *Please Reply to: FORT LEE*     EMAIL: MKC@MKCLAWGROUP.COM

October 21, 2021

<u>Via ECF; Total Pages: 1</u>
Hon. Gabriel W. Gorenstein, U.S.M.J.        **MEMORANDUM ENDORSEMENT**
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    Fernandez et al v. HR Parking Inc et al
           Docket No.: 1:16-cv-2762

Dear Judge Gorenstein:

    This office represents the "HR Parking" defendants ("Defendants") in the above referenced matter. Pursuant to Your Honor's Individual Rules, I have conferred with Your Honor's clerks concerning dates and times for the requested phone conference, and I have confirmed the court is available at 4:00 pm and thereafter on October 22, 2021.

    (1) Plaintiffs' counsel John Gurrieri, Esq. has confirmed that he is available tomorrow October 22, 2021 "after 4 pm."

    (2) Eric Harrison, Esq. counsel for the "Audi Defendants" is available tomorrow October 22, 2021 "at 4 pm" and "after 4 pm."

    (3) I am available tomorrow October 22, 2021 "at 4 pm" and "after 4 pm."

    Based on the above, it is respectfully requested that the pending phone conference be rescheduled from 10:30 a.m. to 4:15 p.m. Thank you for your kind consideration and courtesies in addressing this matter.

**Conference adjourned to 4:15 p.m. on October 22, 2021.**

**SO ORDERED.**

_GABRIEL W. GORENSTEIN_
United States Magistrate Judge
**October 21, 2021**

Respectfully submitted,

*Michael K. Chong*

Michael K. Chong, Esq.

cc: *All counsel via ECF*