UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BRYAN FERNANDEZ et al.,                    :

                                                        :   ORDER
                Plaintiffs,           16 Civ. 2762 (GWG)
                                                        :

  -v.-
                                                         :

HR PARKING INC. et al.,
                                                        :

                Defendants.           :
-----------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      Because of the limited number of courtrooms available for jury trials that comply with pandemic policies, the Court has not been able to schedule the trial for March 21, 2022.  Instead, the Clerk's Office has given us a trial start date of March 24, 2022. Accordingly, the parties are ordered to be prepared to proceed to trial starting on Thursday, March 24, 2022.  Please note that notwithstanding our having been allocated this date, there are cases with priority over ours that are also scheduled for this date (and more cases on than there are courtrooms available) so it is possible the case may be postponed.  Nonetheless, for now, counsel and their witnesses must proceed as if the case is going forward on March 24, 2022, with jury selection.  Counsel are directed to confer with all other counsel to ensure that each is aware of this Order.  Additionally, all prior orders in this case relating to the trial (for example, Docket # 154, 158, 169, 172) continue to apply.

      SO ORDERED.

Dated: December 2, 2021
      New York, New York

                                                                     GABRIEL W. GORENSTEIN
                                                                     United States Magistrate Judge